IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gude, Blanche L | Case Number: 06 B 03648 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/18/07 | Filed: 4/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: September 11, 2007
Confirmed: May 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 34,140.00 |  |
| Secured: |  | 30,905.03 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 1,734.97 |
| Other Funds: |  | 0.00 |
| Totals: | 34,140.00 | 34,140.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,500.00 | 1,500.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 26,696.80 | 22,859.03 |
| 4. | Toyota Motor Credit Corporatio | Secured | 14,138.54 | 4,050.00 |
| 5. | Household Financial Corporation | Secured | 7,137.27 | 3,996.00 |
| 6. | ECast Settlement Corp | Unsecured | 16,653.41 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 8,059.24 | 0.00 |
| 8. | Capital One | Unsecured | 5,690.08 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 132.34 | 0.00 |
| 10. | Pier 1 Imports Inc | Unsecured | 307.71 | 0.00 |
| 11. | Marshall Field & Company | Unsecured | 1,405.76 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 335.72 | 0.00 |
| 13. | GE Money Bank | Unsecured | 1,667.74 | 0.00 |
| 14. | Credit First | Unsecured | 887.44 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 2,205.73 | 0.00 |
| 16. | Wells Fargo Fin Acceptance | Unsecured | 7,932.11 | 0.00 |
| 17. | American Express | Unsecured | 13,888.13 | 0.00 |
| 18. | B-Real LLC | Unsecured | 10,229.75 | 0.00 |
| 19. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 20. | Northwestern University | Unsecured | | No Claim Filed |
| 21. | Target National Bank | Unsecured | | No Claim Filed |
| 22. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 23. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 24. | Verizon Wireless | Unsecured | | No Claim Filed |
| 25. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gude, Blanche L | Case Number: 06 B 03648 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/18/07 | Filed: 4/5/06 |

$ 118,867.77          $ 32,405.03

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 26.19 |
| 5% | 831.53 |
| 4.8% | 340.48 |
| 5.4% | 536.77 |

$ 1,734.97

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_